**SEALED**

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| WHIRLPOOL CORPORATION, WHIRLPOOL PROPERTIES, INC., and MAYTAG PROPERTIES, LLC, <br><br> *Plaintiff(s),* <br><br> v. <br><br> THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> *Defendant(s).* | Civil Action No. 25-21975-CIV-BECERRA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  The Individuals, Business Entities, and Unincorporated Associations Identified on Schedule "A"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
E-mail: stephen@smgpa.cloud

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 21, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ S.Carlson
Deputy Clerk
U.S. District Courts

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND E-COMMERCE STORE NAME

| Def. No. | Defendant / E-commerce Store Name |
|---|---|
| 1 | advg456 |
| 2 | aos10* a/k/a WENSHE YAO |
| 3 | AutopartsSLS a/k/a shiliushu08 |
| 4 | bestmyhome |
| 5 | betefilment |
| 6 | chuanggeder |
| 7 | demgoods101 |
| 8 | donwell-tech |
| 9 | Dreamy_Home23 |
| 10 | E2E Store a/k/a liusiyan3 |
| 11 | ElectriMart24 |
| 12 | evaswee41 |
| 13 | fangshengf |
| 14 | FILTER REPLACEMENT a/k/a phoneparts.dr |
| 15 | filterbestop |
| 16 | fun_days888 a/k/a fun_days |
| 17 | GardenPath23 |
| 18 | ghtgktd |
| 19 | gsekls |
| 20 | hantoner |
| 21 | hsdjgeus |
| 22 | H-SIGHTS a/k/a zhuoyun |
| 23 | i_Home Mart |
| 24 | iakumse |
| 25 | INFINITI BAZAAR LTD a/k/a zetrendllc |
| 26 | iuvyabf |
| 27 | kaselai |
| 28 | kazbeo |
| 29 | kyouz18 |
| 30 | liyibodf66 |
| 31 | luis781_8 |
| 32 | machar_8006 |
| 33 | mymt_en |
| 34 | nfduhs |
| 35 | np-wa-287902 a/k/a wa-287902 |
| 36 | ok0909 |
| 37 | okay_pods a/k/a okay_013 |
| 38 | oknffnhg-0 |
| 39 | one_bulblights |
| 40 | ozezhch |
| 41 | paineiu |

| 42 | pmdjanf |
|----|---------|
| 43 | ProGarden8 a/k/a pro_garden |
| 44 | qaosurik |
| 45 | qws487 |
| 46 | renahste |
| 47 | shiwodi_40 |
| 48 | ShoptoSave24 |
| 49 | smartworld99 |
| 50 | SO LIFE a/k/a donwellsmarthome |
| 51 | tanf_71 |
| 52 | thonshop |
| 53 | tmktops |
| 54 | Top-USA-Deals1 |
| 55 | TrekTide |
| 56 | U-AutoParts a/k/a uwhater22 |
| 57 | uyasacga |
| 58 | winktiry |
| 59 | wuxiang10 |
| 60 | yai-stoere |
| 61 | yichangshixiangqingmia-0 |
| 62 | YS-AUTOSHOP a/k/a yangshu18 |