UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-21975-CIV-BECERRA

WHIRLPOOL CORPORATION, *et al.*,

      Plaintiffs,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.
_____/

**NOTICE OF ENTRY OF PARTIES**

Plaintiffs, Whirlpool Corporation, Whirlpool Properties, Inc., and Maytag Properties, LLC (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby provide notice of the entry the parties identified on Schedule "A" hereto, who were not added in ECF during the filing of the Amended Complaint [DE 13].

Dated: September 3, 2025

Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By: **T. Raquel Wiborg-Rodriguez**
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Wiborg-Rodriguez
(Fla. Bar. No. 103372)
Mallory R. Denzl (Fla. Bar No. 1050351)
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.cloud
E-mail: Leo@smgpa.cloud
E-mail: Raquel@smgpa.cloud
E-mail: Mallory@smgpa.cloud
Attorneys for PLAINTIFFS

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND E-COMMERCE STORE NAME

| Def. No. | Defendant / E-commerce Store Name |
|---|---|
| 1 | advg456 |
| 2 | aos10* a/k/a WENSHE YAO |
| 3 | AutopartsSLS a/k/a shiliushu08 |
| 4 | bestmyhome |
| 5 | betefilment |
| 6 | chuanggeder |
| 7 | demgoods101 |
| 8 | donwell-tech |
| 9 | Dreamy_Home23 |
| 10 | E2E Store a/k/a liusiyan3 |
| 11 | ElectriMart24 |
| 12 | evaswee41 |
| 13 | fangshengf |
| 14 | FILTER REPLACEMENT a/k/a phoneparts.dr |
| 15 | filterbestop |
| 16 | fun_days888 a/k/a fun_days |
| 17 | GardenPath23 |
| 18 | ghtgktd |
| 19 | gsekls |
| 20 | hantoner |
| 21 | hsdjgeus |
| 22 | H-SIGHTS a/k/a zhuoyun |
| 23 | i_Home Mart |
| 24 | iakumse |
| 25 | INFINITI BAZAAR LTD a/k/a zetrendllc |
| 26 | iuvyabf |
| 27 | kaselai |
| 28 | kazbeo |
| 29 | kyouz18 |
| 30 | liyibodf66 |
| 31 | luis781_8 |
| 32 | machar_8006 |
| 33 | mymt_en |
| 34 | nfduhs |
| 35 | np-wa-287902 a/k/a wa-287902 |
| 36 | ok0909 |
| 37 | okay_pods a/k/a okay_013 |
| 38 | oknffnhg-0 |
| 39 | one_bulblights |
| 40 | ozezhch |
| 41 | paineiu |
| 42 | pmdjanf |

| | |
|---|---|
| 43 | ProGarden8 a/k/a pro_garden |
| 44 | qaosurik |
| 45 | qws487 |
| 46 | renahste |
| 47 | shiwodi_40 |
| 48 | ShoptoSave24 |
| 49 | smartworld99 |
| 50 | SO LIFE a/k/a donwellsmarthome |
| 51 | tanf_71 |
| 52 | thonshop |
| 53 | tmktops |
| 54 | Top-USA-Deals1 |
| 55 | TrekTide |
| 56 | U-AutoParts a/k/a uwhater22 |
| 57 | uyasacga |
| 58 | winktiry |
| 59 | wuxiang10 |
| 60 | yai-stoere |
| 61 | yichangshixiangqingmia-0 |
| 62 | YS-AUTOSHOP a/k/a yangshu18 |