**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-21975-JB**

WHIRLPOOL CORPORATION, *et al.*,

     Plaintiffs,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

## DEFAULT FINAL JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Entry of Default Final Judgment (the "Motion"), ECF No. [45]. For the reasons set forth in the Court's Order granting Plaintiff's Motion for Default Final Judgment, ECF No. [46], the Court now enters this separate final judgment pursuant to Federal Rule of Civil Procedure 58(a).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Default Final Judgment is hereby entered in favor of Plaintiffs, Whirlpool Corporation, Whirlpool Properties, Inc., and Maytag Properties, LLC ("Plaintiffs"), and against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" attached to this Judgment (collectively, "Defendants"), as follows:

1.     **Permanent Injunctive Relief**:

Defendants, their officers, directors, agents, representatives, subsidiaries, distributors, servants, employees and attorneys, and all persons in active concert or participation therewith are hereby permanently restrained and enjoined from:

a. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing and/or using Plaintiffs' trademarks, or any confusingly similar trademarks, identified in Paragraphs 18 and 27 of the Amended Complaint ("Plaintiffs' Marks");

b. using Plaintiffs' Marks in connection with the sale of any unauthorized goods;

c. using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs;

d. falsely representing themselves as being connected with Plaintiffs, through sponsorship or association;

e. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants is in any way endorsed by, approved by, and/or associated with Plaintiffs;

f. using any reproduction, counterfeit, copy, or colorable imitation of the Plaintiffs' Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

g. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiffs' or in any way endorsed by Plaintiffs;

h. otherwise unfairly competing with Plaintiffs;

i. using Plaintiffs' Marks or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and

from any other form of use of such terms which are visible to a computer user or serves to direct computer searches to e-commerce stores, seller names, websites, or domain names registered by, owned, or operated by Defendants; and

j.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

2.    **Additional Equitable Relief**:

a.    In order to give practical effect to the Permanent Injunction, upon Plaintiffs' request, any Internet marketplace website operators and/or administrators for the E-commerce Store Names identified on Schedule "A" hereto, shall permanently remove any and all listings and associated images of goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks via the e-commerce stores operating under the E-commerce Store Names, and upon the Plaintiffs' request, any other listings and images of goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks associated with or linked to the same sellers or linked to any other alias e-commerce stores, being used and/or controlled by Defendants to promote, offer for sale and/or sell goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks; and

b.    Upon Plaintiffs' request, Defendants and any Internet marketplace website operators and/or administrators for the E-commerce Store Names, shall immediately permanently cease fulfillment of and sequester all goods of each Defendant bearing and/or using one or more of Plaintiffs' Marks in its inventory, possession, custody, or control, and surrender those goods to Plaintiffs.

3.    <u>Statutory Damages pursuant to 15 U.S.C. § 1117(c)</u>:

a.    Plaintiffs are entitled to an award of statutory damages against each Defendant pursuant to 15 U.S.C. § 1117(c), for which let execution issue as follows:

| Def. No. | Defendant / E-commerce Store Name | Requested Statutory Damages Award $100,000.00 per mark per type of good sold |
|---|---|---|

| | | |
|---|---|---|
| 1 | advg456 | $700,000.00 |
| 2 | aos10* a/k/a WENSHE YAO | $700,000.00 |
| 3 | AutopartsSLS a/k/a shiliushu08 | $700,000.00 |
| 4 | bestmyhome | $700,000.00 |
| 5 | betefilment | $700,000.00 |
| 6 | chuanggeder | $600,000.00 |
| 7 | demgoods101 | $700,000.00 |
| 8 | donwell-tech | $600,000.00 |
| 9 | Dreamy_Home23 | $700,000.00 |
| 10 | E2E Store a/k/a liusiyan3 | $700,000.00 |
| 11 | ElectriMart24 | $700,000.00 |
| 12 | evaswee41 | $700,000.00 |
| 13 | fangshengf | $700,000.00 |
| 14 | FILTER REPLACEMENT a/k/a phoneparts.dr | $600,000.00 |
| 15 | filterbestop | $700,000.00 |
| 16 | fun_days888 a/k/a fun_days | $600,000.00 |
| 17 | GardenPath23 | $700,000.00 |
| 18 | ghtgktd | $700,000.00 |
| 19 | gsekls | $700,000.00 |
| 20 | hantoner | $700,000.00 |
| 21 | hsdjgeus | $700,000.00 |
| 22 | H-SIGHTS a/k/a zhuoyun | $700,000.00 |
| 23 | i_Home Mart | $700,000.00 |
| 24 | iakumse | $700,000.00 |
| 25 | INFINITI BAZAAR LTD a/k/a zetrendllc | $700,000.00 |
| 26 | iuvyabf | $700,000.00 |
| 27 | kaselai | $700,000.00 |
| 28 | kazbeo | $700,000.00 |
| 29 | kyouz18 | $700,000.00 |
| 30 | liyibodf66 | $700,000.00 |
| 31 | luis781_8 | $700,000.00 |
| 32 | machar_8006 | $700,000.00 |
| 33 | mymt_en | $700,000.00 |
| 34 | nfduhs | $700,000.00 |
| 35 | np-wa-287902 a/k/a wa-287902 | $700,000.00 |

| 36 | ok0909 | $700,000.00 |
|---|---|---|
| 37 | okay_pods a/k/a okay_013 | $700,000.00 |
| 38 | oknffnhg-0 | $700,000.00 |
| 39 | one_bulblights | $600,000.00 |
| 40 | ozezhch | $700,000.00 |
| 41 | paineiu | $700,000.00 |
| 42 | pmdjanf | $700,000.00 |
| 43 | ProGarden8 a/k/a pro_garden | $700,000.00 |
| 44 | qaosurik | $500,000.00 |
| 45 | qws487 | $700,000.00 |
| 46 | renahste | $700,000.00 |
| 47 | shiwodi_40 | $700,000.00 |
| 48 | ShoptoSave24 | $300,000.00 |
| 49 | smartworld99 | $700,000.00 |
| 50 | SO LIFE a/k/a donwellsmarthome | $600,000.00 |
| 51 | tanf_71 | $700,000.00 |
| 52 | thonshop | $700,000.00 |
| 53 | tmktops | $700,000.00 |
| 54 | Top-USA-Deals1 | $300,000.00 |
| 55 | TrekTide | $700,000.00 |
| 56 | U-AutoParts a/k/a uwhater22 | $700,000.00 |
| 57 | uyasacga | $700,000.00 |
| 58 | winktiry | $700,000.00 |
| 59 | wuxiang10 | $700,000.00 |
| 60 | yai-stoere | $700,000.00 |
| 61 | yichangshixiangqingmia-0 | $700,000.00 |
| 62 | YS-AUTOSHOP a/k/a yangshu18 | $700,000.00 |

The Court considered both the willfulness of each Defendant's conduct and the deterrent value of the award imposed, and the award falls within the permissible statutory range under 15 U.S.C. § 1117(c).

4. Pursuant to 15 U.S.C. § 1116, 28 U.S.C. § 1651(a), The All Writs Act, Federal Rule of Civil Procedure 65, and the Court's inherent authority, upon Plaintiffs'

request, Defendants and any financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to eBay Commerce, Inc. ("eBay"), and their related companies and affiliates, are to immediately (within five (5) business days) identify, restrain, and surrender to Plaintiffs all funds, up to and including the total amount of judgment, in all financial accounts and/or sub-accounts used in connection with the E-commerce Store Names used by Defendants presently or in the future, as well as any other related E-commerce Store Name(s) and account(s) of the same customer(s), and any other account(s) which transfer funds into the same financial institution account(s). Such financial accounts and/or sub-accounts shall remain restrained until such funds are surrendered to the Plaintiffs in partial satisfaction of the monetary judgment entered herein. All Third Parties, including but not limited to, eBay, and their related companies and affiliates, shall provide to Plaintiffs at the time any funds are surrendered, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) the total funds released per Defendant to Plaintiffs.

5.     Interest from the date this action was filed shall accrue at the legal rate pursuant to 28 U.S.C. § 1961.

6.     The Clerk is **DIRECTED** to **RELEASE** the bond posted by Plaintiffs in the amount of $10,000,00.

7.      The Court retains jurisdiction to enforce this Judgment and permanent injunction.

8.      The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Miami, Florida this 24th day of October, 2025.

 

 

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

SCHEDULE "A"
**DEFENDANTS BY NUMBER, E-COMMERCE STORE NAME,**
**AND FINANCIAL ACCOUNT INFORMATION**

| Def. No. | Defendant / E-commerce Store Name | Payee | Infringing Product No. |
|---|---|---|---|
| 1 | advg456 | eBay Commerce Inc. | 375382961500 |
| 2 | aos10* a/k/a WENSHE YAO | eBay Commerce Inc. | 296569774455 |
| 3 | AutopartsSLS a/k/a shiliushu08 | eBay Commerce Inc. | 356035742485 |
| 4 | bestmyhome | eBay Commerce Inc. | 235922199339 |
| 5 | betefilment | eBay Commerce Inc. | 395507724256 |
| 6 | chuanggeder | eBay Commerce Inc. | 226211476139 |
| 7 | demgoods101 | eBay Commerce Inc. | 315750122072 |
| 8 | donwell-tech | eBay Commerce Inc. | 326217489141 |
| 9 | Dreamy_Home23 | eBay Commerce Inc. | 386937052841 |
| 10 | E2E Store a/k/a liusiyan3 | eBay Commerce Inc. | 296532264143 |
| 11 | ElectriMart24 | eBay Commerce Inc. | 395626425383 |
| 12 | evaswee41 | eBay Commerce Inc. | 235596395301 |
| 13 | fangshengf | eBay Commerce Inc. | 204827869568 |
| 14 | FILTER REPLACEMENT a/k/a phoneparts.dr | eBay Commerce Inc. | 364757813328 |
| 15 | filterbestop | eBay Commerce Inc. | 355928008973 |
| 16 | fun_days888 a/k/a fun_days | eBay Commerce Inc. | 126480444820 |
| 17 | GardenPath23 | eBay Commerce Inc. | 156170788365 |
| 18 | ghtgktd | eBay Commerce Inc. | 296580535606 |
| 19 | gsekls | eBay Commerce Inc. | 156172544358 |
| 20 | hantoner | eBay Commerce Inc. | 387164123458 |
| 21 | hsdjgeus | eBay Commerce Inc. | 404931993912 |
| 22 | H-SIGHTS a/k/a zhuoyun | eBay Commerce Inc. | 375486907110 |
| 23 | i_Home Mart | eBay Commerce Inc. | 186384903843 |
| 24 | iakumse | eBay Commerce Inc. | 285992568977 |
| 25 | INFINITI BAZAAR LTD a/k/a zetrendllc | eBay Commerce Inc. | 365074016195 |
| 26 | iuvyabf | eBay Commerce Inc. | 166986143884 |
| 27 | kaselai | eBay Commerce Inc. | 335473880182 |
| 28 | kazbeo | eBay Commerce Inc. | 315440990962 |
| 29 | kyouz18 | eBay Commerce Inc. | 355847111973 |
| 30 | liyibodf66 | eBay Commerce Inc. | 145792040201 |
| 31 | luis781_8 | eBay Commerce Inc. | 404987242897 |
| 32 | machar_8006 | eBay Commerce Inc. | 335408150894 |
| 33 | mymt_en | eBay Commerce Inc. | 365054644708 |
| 34 | nfduhs | eBay Commerce Inc. | 365046828696 |

| 35 | np-wa-287902 a/k/a wa-287902 | eBay Commerce Inc. | 166981233349 |
|---|---|---|---|
| 36 | ok0909 | eBay Commerce Inc. | 296528389675 |
| 37 | okay_pods a/k/a okay_013 | eBay Commerce Inc. | 186813681573 |
| 38 | oknffnhg-0 | eBay Commerce Inc. | 176370388419 |
| 39 | one_bulblights | eBay Commerce Inc. | 386934650679 |
| 40 | ozezhch | eBay Commerce Inc. | 395555584836 |
| 41 | paineiu | eBay Commerce Inc. | 405152706310 |
| 42 | pmdjanf | eBay Commerce Inc. | 365128982843 |
| 43 | ProGarden8 a/k/a pro_garden | eBay Commerce Inc. | 364823785756 |
| 44 | qaosurik | eBay Commerce Inc. | 395572559537 |
| 45 | qws487 | eBay Commerce Inc. | 204745823597 |
| 46 | renahste | eBay Commerce Inc. | 126594657161 |
| 47 | shiwodi_40 | eBay Commerce Inc. | 186634607888 |
| 48 | ShoptoSave24 | eBay Commerce Inc. | 296373539051 |
| 49 | smartworld99 | eBay Commerce Inc. | 176578397833 |
| 50 | SO LIFE a/k/a donwellsmarthome | eBay Commerce Inc. | 204805657879 |
| 51 | tanf_71 | eBay Commerce Inc. | 186480937726 |
| 52 | thonshop | eBay Commerce Inc. | 226232554817 |
| 53 | tmktops | eBay Commerce Inc. | 315626408665 |
| 54 | Top-USA-Deals1 | eBay Commerce Inc. | 196629045706 |
| 55 | TrekTide | eBay Commerce Inc. | 285984530998 |
| 56 | U-AutoParts a/k/a uwhater22 | eBay Commerce Inc. | 405163082165 |
| 57 | uyasacga | eBay Commerce Inc. | 226360128169 |
| 58 | winktiry | eBay Commerce Inc. | 375502801782 |
| 59 | wuxiang10 | eBay Commerce Inc. | 156222357293 |
| 60 | yai-stoere | eBay Commerce Inc. | 145874603233 |
| 61 | yichangshixiangqingmia-0 | eBay Commerce Inc. | 404881779303 |
| 62 | YS-AUTOSHOP a/k/a yangshu18 | eBay Commerce Inc. | 196627635339 |