UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-21975-CIV-BECERRA

WHIRLPOOL CORPORATION, *et al.*,

        Plaintiffs,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

        Defendants.
_____/

## SATISFACTION OF JUDGMENT AS TO DEFENDANT NUMBERS 2, 36, AND 37

WHEREAS a Default Final Judgment and Permanent Injunction ("Judgment), ECF No. [47], was entered in the above-captioned civil action on October 24, 2025, in favor of Plaintiffs, Whirlpool Corporation, Whirlpool Properties, Inc., and Maytag Properties, LLC ("Plaintiffs") and against Defendants, aos10* a/k/a WENSHE YAO ("Defendant Number 2"), ok0909 ("Defendant Number 36"), and okay_pods a/k/a okay_013 ("Defendant Number 37"). Plaintiffs do hereby acknowledge that the monetary portion of the Judgment has been satisfied as to Defendant Numbers 2, 36, and 37.  In connection therewith, eBay Commerce, Inc. ("eBay"), shall remove any restraints that were placed on the accounts for Defendant Numbers 2, 36, and 37 pursuant to the Temporary Restraining Order; and return these accounts back to an unrestrained status in accordance with eBay's operating procedures and contract for services with Defendant Numbers 2, 36, and 37.

DATED: November 21, 2025.        Respectfully submitted,

                                            STEPHEN M. GAFFIGAN, P.A.

                                            By: **T. Raquel Wiborg-Rodriguez**
                                            Stephen M. Gaffigan (Fla. Bar No. 025844)
                                            Virgilio Gigante (Fla. Bar No. 082635)

        T. Raquel Wiborg-Rodriguez (Fla. Bar No. 103372)
        401 East Las Olas Blvd., Suite 130-453
        Ft. Lauderdale, Florida 33301
        Telephone: (954) 767-4819
        E-mail: Stephen@smgpa.cloud
        E-mail: Leo@smgpa.cloud
        E-mail: Raquel@smgpa.cloud

        Attorneys for Plaintiffs